Lawrence C. STOJAN, Appellant,

v.

STATE of Missouri, Respondent.

No. 63594.

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 5, 1993.

David C. Hemingway, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

ORDER

PER CURIAM.

Defendant appeals the denial of his Rule 24.035 motion without an evidentiary hearing after he pleaded guilty to two counts of sale of a controlled substance. We find the judgment of the motion court is not clearly erroneous and no error of law appears. Rule 84.16(b)(1) and (5).

We further find an opinion in this matter would have no precedential value and we affirm by written order. Rule 84.16(b). A

memorandum has been provided to the parties for their use only.